ACCEPTED
03-15-00112-CR
5820715
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/25/2015 11:30:32 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00112-CR

| | | |
|---|---|---|
| **MATTHEW JARRETT LEE** | § | **IN THE THIRD** FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **v.** | § | **DISTRICT COURT OF** 6/25/2015 11:30:32 AM |
| | | JEFFREY D. KYLE |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** Clerk |

### STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 32 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was charged by complaint and information with Possession of Marijuana < 2 Ounces, a class B misdemeanor. He was found guilty by a jury and sentenced to 90 days in Comal County Jail, suspended for 12 months. He was also assessed a $1,000 fine which was probated for $750, along with court fees and costs. Appellant filed a motion for extension of time to file his notice of appeal which the Court granted. Appellant subsequently filed his brief on May 26, 2015, and the State's brief is currently due on June 25, 2015.

1

## II.

I anticipate that I will handle the brief for the State in this case. I attended an appellate law conference in Austin over three days at the end May, and I sat second chair for oral argument in 03-14-00669-CR on June 3, 2015. I also helped review and file another attorney's brief in 03-14-00192-CR. I worked through the weekend of the 13th to file the State's brief before midnight on June 15th in cause number 03-14-00407-CR. I have had several expunctions and nondisclosures to review, some of which required me to draft and file answers. I have also performed research related to issues that came up for other attorneys in the office. I have begun working on the State's response in 03-14-00639-CR, which I hope to complete on or shortly after the current deadline of July 2nd. After filing that brief, I will need to complete the State's brief in 03-14-00818-CR. Because of the foregoing, I have not yet been able to complete a significant amount of work on a response, and respectfully request an extension of 32 days to file the State's brief in the instant cause. This is the first extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 32 days, until July 27, 2015, so that an adequate response may be made to Appellant's brief. This extension is not

requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's First Motion to Extend Time to File Brief* has been delivered to Appellant MATTHEW JARRETT LEE's attorney in this matter:

Frank B. Suhr
fsuhr@newbraunfelslaw.com
THE LAW OFFICES OF FRANK B. SUHR
State Bar No. 19466300
473 S. Seguin Ave., Suite 100
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address, this 25th day of June, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

4